**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 12-cv-01381-WYD-KMT**

HEATHER CARTER,

    Plaintiff,

v.

DAVID C. LOUCKS, M.D.,
RICHARD M. LOTSPEICH, P.A.-C., and
PEAK ORTHOPEDICS AND SPINE, P.L.L.C.,

    Defendants.

___

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST**
**DEFENDANTS RICHARD M. LOTSPEICH, P.A.-C AND**
**PEAK ORTHOPEDICS AND SPINE, P.L.L.C.**
___

The parties Plaintiff and Defendants Richard M. Lotspeich, P.A.-C and Peak Orthopedics and Spine, P.L.L.C., by and through respective counsel, for the Stipulation for Dismissal With Prejudice of Claims against Richard M. Lotspeich, P.A.-C and Peak Orthopedics and Spine, P.L.L.C., state as follows:

    1.    Plaintiff and Richard M. Lotspeich, P.A.-C and Peak Orthopedics and Spine, P.L.L.C. have resolved this matter and the parties stipulate to the dismissal with prejudice of all claims alleged, or which could have been alleged against Richard M. Lotspeich, P.A.-C and Peak Orthopedics and Spine, P.L.L.C.

    2.    This stipulation does not involve any admission of liability or payment of money by Richard M. Lotspeich, P.A.-C and Peak Orthopedics and Spine, P.L.L.C.

3.Each party is to pay their own costs and attorney's fees.

4.IT IS FURTHER STIPULATED AND AGREED that any party hereto may apply to the Court for an Order of Dismissal with Prejudice of the claims against Richard M. Lotspeich, P.A.-C and Peak Orthopedics and Spine, P.L.L.C. without notice.

Dated this 6th day of May, 2013.

| | |
|---|---|
| *s/ James E. Puga* | *s/ Christopher K. Miller* |
| James E. Puga | Christopher K. Miller |
| Daniel A. Lipman | KENNEDY CHILDS P.C. |
| Sean B. Leventhal | 633 17th Street, Suite 2200 |
| Leventhal, Brown & Puga, P.C. | Denver, CO 80202 |
| 950 South Cherry Street, Suite 600 | Phone: 303-825-2700 |
| Denver, CO 80246 | Fax: 303-825-0434 |
| Email:  jpuga@leventhal-law.com | Email: cmiller@kennedychilds.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Richard M. Lotspeich, P.A.-C and Peak Orthopedics and Spine, P.L.L.C.* |

*s/ David D. Karr*
David D. Karr, Esq.
PRYOR JOHNSON CARNEY
KARR NIXON, P.C.
5619 DTC Parkway, Ste. 1200
Greenwood Village, CO 80111
*Attorneys for David C. Loucks, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2013, I electronically filed the foregoing ***STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANTS RICHARD M. LOTSPEICH, P.A.-C AND PEAK ORTHOPEDICS AND SPINE, P.L.L.C.*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Dave Karr, Esq.
Rusty D. Miller
PRYOR JOHNSON CARNEY KARR & NIXON, P.C.
5619 DTC Parkway, Ste. 1200
Greenwood Village, CO 80111
dkarr@pjckn.com
rmiller@pjckn.com

James E. Puga
Daniel A. Lipman
Sean B. Leventhal
Leventhal, Brown & Puga, P.C.
950 South Cherry Street, Suite 600
Denver, CO 80246
jpuga@leventhal-law.com
dlipman@leventhal-law.com
sleventhal@leventhal-law.com

*s/ Sheila A. Morse*
Sheila A. Morse