IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01381-WYD-KMT

HEATHER CARTER,

    Plaintiff,

v.

DAVID C. LOUCKS, M.D.;
RICHARD M. LOTSPEICH, P.A.-C; and
PEAK ORTHOPEDICS AND SPINE, P.L.L.C.,

    Defendants.

## ORDER OF DISMISSAL

The Court, having considered the Stipulation for Dismissal With Prejudice of Claims Against Defendants Richard M. Lotspeich, P.A.-C and Peak Orthopedics and Spine, P.L.L.C. (ECF No. 51), hereby

ORDERS that the Stipulation is **APPROVED**, and the claims against Defendants Richard M. Lotspeich, P.A.-C and Peak Orthopedics and Spine, P.L.L.C. are **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney fees. Defendants Richard M. Lotspeich, P.A.-C and Peak Orthopedics and Spine, P.L.L.C. shall hereafter be taken off the caption.

Dated:  May 9, 2013.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE