IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01381-WYD-KMT

HEATHER CARTER,

    Plaintiff,

v.

DAVID C. LOUCKS, M.D.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    In light of the dismissal of the claims against Defendants Richard M. Lotspeich, P.A.-C and Peak Orthopedics and Spine, P.L.L.C., the Motion for Cost Bond filed by those Defendants (ECF No. 44) is **DENIED AS MOOT**.

    Dated:  May 9, 2013.