IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01381-WYD-KMT

HEATHER CARTER,

    Plaintiff,

v.

DAVID C. LOUCKS, M.D.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    The Motion to Remove CM/ECF Notifications/Service on Christopher K. Miller [ECF No. 79] filed October 6, 2014, is **GRANTED**.  The Clerk of Court shall remove Christopher K. Miller from all future CM/ECF Notifications.

    Dated:  October 7, 2014.