# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01381-WYD-KMT

HEATHER CARTER,

> Plaintiff,

v.

DAVID C. LOUCKS, M.D.

> Defendant.

---

## SPECIAL VERDICT FORM A

---

DO NOT ANSWER THIS SPECIAL VERDICT FORM A IF YOUR FOREPERSON HAS COMPLETED SPECIAL VERDICT FORM B AND ALL JURORS HAVE SIGNED IT.

We, the jury, present our Answers to Questions submitted by the Court, to which we have all agreed:

1.    Did Heather Carter have injuries, damages, or losses?  (Yes or No)

ANSWER: _YES_

2.    Was the defendant, David C. Loucks, M.D., negligent?  (Yes or No)

ANSWER: _NO_

3.    Was the negligence, if any, of the defendant, David C. Loucks, M.D., a cause of any of the injuries, damages, or losses claimed by the plaintiff?  (Yes or No)

ANSWER: _NO_

We, the jury find for the defendant and award no damages to the plaintiff, Heather Carter.

Dated this 22ND day of September, 2015.

_____              _____
Foreperson

_____              _____

_____              _____

_____              _____

_____              _____