IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01381-WYD-KMT

HEATHER CARTER,

    Plaintiff,

v.

DAVID C. LOUCKS, M.D.;
RICHARD M. LOTSPEICH, P.A.-C; and
PEAK ORTHOPEDICS AND SPINE, P.L.L.C.,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order of Dismissal, filed on May 9, 2013 by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Stipulation is **APPROVED**, and the claims against Defendants Richard M. Lotspeich, P.A.-C and Peak Orthopedics and Spine, P.L.L.C. are **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney fees. Defendants Richard M. Lotspeich, P.A.-C and Peak Orthopedics and Spine, P.L.L.C. shall hereafter be taken off the caption.

THIS MATTER came before the Court and a jury of ten duly sworn to try the matter on September 14, 2015, the Honorable Wiley Y. Daniel, Senior United States District Judge, presiding. On September 22, 2015, one juror was excused due to illness and a jury of nine duly sworn to try the matter continued. On September 23, 2015, the jury returned its verdict as

follows:

## Special Verdict Form A

DO NOT ANSWER THIS SPECIAL VERDICT FORM A IF YOUR FOREPERSON HAS COMPLETED SPECIAL VERDICT FORM B AND ALL JURORS HAVE SIGNED IT.

We, the jury, present our Answers to Questions submitted by the Court, to which we have all agreed:

1. Did Heather Carter have injuries, damages, or losses?  (Yes or No)

ANSWER:  YES

2. Was the defendant, David C. Loucks, M.D., negligent?  (Yes or No)

ANSWER:  NO

3. Was the negligence, if any, of the defendant, David C. Loucks, M.D., a cause of any of the injuries, damages, or losses claimed by the plaintiff?  (Yes or No)

ANSWER:  NO

We, the jury find for the defendant and award no damages to the plaintiff, Heather Carter.

IT IS THEREFORE

ORDERED that judgment is hereby entered in favor of Defendant, David C. Loucks, and against Plaintiff, Heather Carter, on Plaintiff's claim of Medical Malpractice.  It is further

ORDERED that plaintiff's complaint and action are dismissed with prejudice.  It is further

ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 24th day of September, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk

APPROVED AS TO FORM:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE