# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-CV-01381-WYD-KMT

HEATHER CARTER,

                              Plaintiff,

vs.

DAVID C. LOUCKS, M.D.;
RICHARD M. LOTSPEICH, P.A.-C; and
PEAK ORTHOPEDICS AND SPINE, P.L.L.C.,

                              Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Heather Carter, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment [Docket No. 156] entered in this action on September 24, 2015, ordering entry of judgment in favor of defendant, David C. Loucks, M.D., and dismissing plaintiff's complaint and action.

Dated this 26th day of October, 2015.

                              Respectfully submitted,

                              LEVENTHAL & PUGA, P.C.

                        By:    s/Bruce L. Braley
                                 James E. Puga, #18960
                                 Bruce L. Braley, #48612

950 S. Cherry Street, Suite 600
Denver, Colorado 80246
Telephone: (303) 759-9945
Facsimile: (303) 759-9692
Email:  jpuga@leventhal-law.com
Email:  bbraley@leventhal-law.com

-and-

Jon Thornton
Pierce and Thornton
150 Boush Street
Town Point Center, Suite 801
Norfolk, VA 23510

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

| | |
|---|---|
| Scott Nixon, Esq. | snixon@pjckn.com |
| Michael S. Drew, Esq. | mdrew@pjckn.com |
| Pryor Johnson Carney Karr Nixon, P.C. | |
| 5619 DTC Parkway, Suite 1200 | |
| Greenwood Village, CO 80111-3061 | |
| | |
| Jon Thornton, Esq. | jon@pierceandthornton.com |
| Pierce and Thornton | |
| 150 Boush Street | |
| Town Point Center, Suite 801 | |
| Norfolk, VA 23510 | |

*s/*Tina B. Lyda