FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

November 12, 2015

Elisabeth A. Shumaker  
Clerk of Court

_____

HEATHER CARTER,

    Plaintiff - Appellant,

v.

DAVID C. LOUCKS, M.D.,

    Defendant - Appellee.

No. 15-1399  
(D.C. No. 1:12-CV-01381-WYD-KMT)  
(D. Colo.)

_____

**ORDER**

_____

This matter is before the court on the joint motion of the parties to dismiss this appeal. The motion is granted. *See* 10th Cir. R. 27.3(A)(9) and Fed. R. App. P. Rule 42(b).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk