# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| Elisabeth A. Shumaker | November 12, 2015 | Chris Wolpert |
| Clerk of Court | | Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   **15-1399, Carter v. Loucks**
Dist/Ag docket: 1:12-CV-01381-WYD-KMT

Dear Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Bruce L. Braley
Michael S. Drew
Elizabeth Craigmile Moran
Scott Sherman Nixon
James Edward Puga
Benjamin Isaac Sachs
Jon Thornton

EAS/jm